Submitted on record and briefs September 28, reversed and remanded for new trial December 14, 1994

## STATE OF OREGON,
*Respondent,*

*v.*

## JOHNNY THEODOOR LOKE,
*Appellant.*

(92-1394; CA A80578)

886 P2d 507

Sally L. Avera, Public Defender, and Irene B. Taylor, Deputy Public Defender, filed the brief for appellant.

Theodore R. Kulongoski, Attorney General, Virgina L. Linder, Solicitor General, and Janet A. Klapstein, Assistant Attorney General, filed the brief for respondent.

Before Richardson, Chief Judge, and Deits and Riggs, Judges.

PER CURIAM

**PER CURIAM**

■ Defendant appeals his conviction for delivery of a controlled substance, marijuana, ORS 475.992, after trial by a 12-person jury. He contends that the trial court erred by restricting his *voir dire* of the jury panel to 32 minutes and denying his request for additional time. The court erred. The state does not argue otherwise. Defendant is entitled to a new trial.

■ We must, however, address defendant's other assignment that the court erred by denying his motion for judgment of acquittal on the ground that there was insufficient evidence to submit the case to the jury. If the court erred by denying the motion, then defendant is entitled to a judgment of acquittal, not just a new trial. We conclude that there was sufficient evidence for the jury to find defendant guilty of delivery of marijuana under the definition of "delivery" in ORS 475.005(8).

Reversed and remanded for new trial.